# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, EX REL. THEODORE W. SCHELL, SR., | : | No. 163 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| CYNTHIA R. LINK, SUPERINTENDENT STATE CORRECTIONAL INSTITUTION AT GRATERFORD, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the Application for Relief in the Form of an Order for Discharge are DENIED.